**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
CONNIE Y. TCHENG (SBN 228171)
ctcheng@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: 310.557.9100
Fax: 310.557.9101

Attorneys for Defendant
CAPITAL ONE SERVICES, LLC;
CAPITAL ONE BANK (USA), N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. KEAGY & GAYE MARIE KEAGY,<br><br>    Plaintiffs,<br><br>v.<br><br>CAPITAL ONE SERVICES, LLC, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.<br><br>**DEFENDANTS CAPITAL ONE BANK (USA), N.A. AND CAPITAL ONE SERVICE, LLC'S NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1441(a), 28 U.S.C. §1331 (FEDERAL QUESTION) and 28 U.S.C. § 1367(a) (SUPPLEMENTAL JURISDICTION)**<br><br>[Contra Costa County Superior Court Case No. C16-01920]<br><br>Complaint Filed: October 12, 2016<br>Trial Date:    TBA |

DEFENDANTS CAPITAL ONE BANK (USA), N.A. AND CAPITAL ONE SERVICE, LLC'S
NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT** Defendant Capital One Bank (USA), N.A., for itself and erroneously sued as Capital One Services, LLC (collectively, "Capital One"), hereby invokes this Court's jurisdiction under the provisions of 28 U.S.C. § 1441(a), 28 U.S.C. § 1331 and 28 U.S.C. § 1367(a), and removes this action from state court to federal court pursuant to 28 U.S.C. § 1446(b).

**A.    JURISDICTION**

Capital One specifically alleges that this Court has federal question jurisdiction over this action pursuant to 28 U.S.C. §§ 1441(a) and § 1331 because Plaintiffs David E. Keagy and Gaye Marie Keagy ("Plaintiffs") allege a cause of action arising under the federal Telephone Consumer Protection Act ("TCPA"), codified at 47 U.S.C. § 227, *et seq*. Further, the Court has supplemental jurisdiction over the state law causes of action alleged in the Complaint pursuant to 28 U.S.C. § 1367(a).

**B.    STATEMENT OF THE CASE**

2.    On October 12, 2016, Plaintiffs filed a Complaint in the Superior Court of the State of California for the County of Contra Costa, designated as Case Number C16-01920 (the "Action"). Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings and orders received by Capital One in this case is attached hereto as *Exhibit A*.

3.    Plaintiffs assert five (5) causes of action in their Complaint against Capital One. Those causes of action include: (1) violation of the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), codified at Cal Civ. Code § 1788.1, *et seq*.; (2) intrusion upon seclusion; (3) violation of the TCPA; (4) negligence; and (5) negligent training and supervision.

//
//

## C. BASIS FOR REMOVAL

4. This Court has jurisdiction over this Action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441(a) because Plaintiffs allege claims arising under the TCPA, which is a law of the United States.

5. Specifically, for example, Plaintiffs' Complaint alleges that Capital One made repeated telephone calls to their cellular telephone using "automated dialing systems, and pre-recorded messages," without their consent. Compl., ¶¶ 1-2, 30. Therefore, adjudication of Plaintiff's Complaint requires an analysis and construction of federal law, and this Action may be removed to this Court pursuant to 28 U.S.C. § 1441(a) and § 1331 because this Court would have had original jurisdiction founded on Plaintiff's claim arising under the TCPA.

6. Additionally, this Court has supplemental jurisdiction over the remaining state law claims, because they "form[s] part of the same case or controversy." 28 U.S.C. § 1367(a). A state claim is part of the same case or controversy if it shares a "common nucleus of operative fact" with the federal claim, and if they would normally be tried together. *See, e.g., Trustees of the Constr. Indus. & Laborers Health & Welfare Trust v. Desert Valley Landscape Maint., Inc.,* 333 F. 3d 923, 925 (9th Cir. 2003). Here, the facts related to Plaintiffs' state law claims are intertwined with and based upon their allegations of wrongdoing under the federal TCPA claim in that all claims are based on the same allegedly unlawful calls by Capital One to Plaintiffs. The Court should therefore extend supplemental jurisdiction over Plaintiffs' state law claims.

## D. ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED.

7. Removal of this action is timely. Capital One was personally served with a copy of the Summons and Complaint in this action on November 22, 2016. Therefore, this Notice of Removal is "filed within thirty [30] days after receipt by the

1 defendant . . . of a copy of [Plaintiffs' Summons and Complaint]" in accordance with
2 the time period mandated by 28 U.S.C. §1446(b).

3    8.    Capital One is the only named Defendant in the action and therefore no
4 consent of additional parties is required.

5    9.    Venue lies in the United States District Court for the Northern District of
6 California pursuant to 28 U.S.C. §1441(a) because the Action was filed in this
7 District.

8    10.    As stated above, pursuant to 28 U.S.C. § 1446(a), a true and correct copy
9 of all process, pleadings and orders received by Capital One from Plaintiffs in the
10 Action are attached hereto as *Exhibit A*.

11    11.    Written notice of the filing of this Notice of Removal will be promptly
12 served upon Plaintiffs. Capital One will also promptly file a copy of this Notice with
13 the Clerk of the Superior Court of California, County of Contra Costa.

14    **WHEREFORE** Capital One prays that the above Action now pending against
15 it in the Superior Court of the State of California, County of Contra Costa, be
16 removed therefrom to this Court.

18 DATED: December 22, 2016    DOLL AMIR & ELEY LLP

20    By: */s/ Connie Y. Tcheng*
21    CONNIE Y. TCHENG
    Attorneys for Defendant,
22    CAPITAL ONE BANK (USA), N.A.;
    CAPITAL ONE SERVICES. LLC

DOLL AMIR & ELEY LLP