DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
P.O. Box 1417
Brentwood, CA  94513
Telephone:  925-516-4686
Facsimile:   925-516-4058
Email:  deltalawgroup@yahoo.com

Attorneys for Plaintiffs
DAVID E. KEAGY & GAYE MARIE KEAGY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. KEAGY & GAYE MARIE KEAGY,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CAPITAL ONE SERVICES, LLC,<br><br>    Defendant. | Case No.: 3:16-cv-07292-EDL<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

   The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(A)(ii), hereby stipulate to dismiss the entire action with prejudice.  Each party shall bear its own costs and attorney's fees.

DATED:  September 19, 2017               DELTA LAW GROUP

                                                          /s/ Jim G. Price
                                              BY:_____
                                                    JIM G. PRICE*
                                                    Attorneys for Plaintiffs
                                                    DAVID E. KEAGY & GAYE
                                                    MARIE KEAGY

/ / /

DATED:  September 19, 2017        DOLL AMIR & ELEY, LLP

/s/ Connie Y. Tcheng

BY:_____
CONNIE Y. TCHENG
Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.
erroneously sued as CAPITAL ONE
SERVICES, LLC

*I, Jim G. Price, am the ECF user whose identification and password are being used to file this Stipulated Dismissal with Prejudice.  I hereby attest that Connie Y. Tcheng has concurred in this filing.
*/s/ Jim G. Price*