UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. KEAGY & GAYE MARIE KEAGY,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CAPITAL ONE SERVICES, LLC,<br><br>　　　　Defendant. | Case No. 3:16-cv-07292-EDL<br><br>[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |

　　　IT IS HEREBY ORDERED that based upon the stipulation of the parties, the above-captioned action is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney's fees.

　　　IT IS SO ORDERED.

DATED: September 21, 2017

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
U.S. DISTRICT COURT MAGISTRATE JUDGE